**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MARK BENAMATI,               :   No. 2 WAL 2024
                                    :

         Petitioner            :
                                      :   Petition for Allowance of Appeal
                                    :   from the Order of the
         v.                  :   Commonwealth Court
                                      :
                                    :

DEPARTMENT OF HUMAN SERVICES  :
(STATE CIVIL SERVICE COMMISSION),  :
                                    :
         Respondent         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.